IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| C.R. BARD, Inc., and DAVOL, INC., Plaintiffs, | ) |
| v. | ) Civil Action No. 02-515ML |
| | ) Judge Mary M. Lisi |
| STRYKER CORPORATION, Defendant. | ) |

**DEFENDANT STRYKER CORPORATION'S RENEWED MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OR, IN THE ALTERNATIVE, INVALIDITY OF THE '452 PATENT**

Pursuant to FED. R. CIV. P. 56, defendant Stryker Corporation ("Stryker") moves for summary judgment that, as a matter of law, Stryker does not infringe any original or reexamined claim of U.S. Patent No. 6,485,452 ("the '452 patent"). In the alternative, Stryker moves for summary judgment that the claims of the '452 patent are invalid. If granted, either motion will dispose of plaintiffs' claims for relief in this action. Both motions turn on the pure legal issue of claim interpretation. None of the defenses in Stryker's motion was considered by the Patent Office in the recent reexamination proceedings.

Plaintiffs C.R. Bard, Inc. and Davol, Inc. (hereinafter collectively referred to as "Bard") are on the horns of a dilemma. If Bard interprets broadly the claim language to capture Stryker's InterPulse product, the claims also capture the prior art and are invalid as a matter of law. In fact, Bard sued the prior art. Thus, under a broad interpretation of the '452 patent, Stryker is entitled to summary judgment of invalidity.

A Memorandum in support of Stryker's motion is filed herewith.

Respectfully submitted,

Dated: June 23, 2005

Joseph Avanzato /MG

Joseph Avanzato (#4774)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200

Gregory J. Vogler (admitted *pro hac vice*)
Sharon A. Hwang (admitted *pro hac vice*)
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000

Of Counsel:

Curtis E. Hall
Aaron R. Pettit
STRYKER CORPORATION
2725 Fairfield Road
Kalamazoo, Michigan 49002
(616) 385-2600