UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| C.R. BARD, INC. and DAVOL INC., Plaintiff, | : | |
| v. | : | C.A. No. 02-515-ML |
| STRYKER CORPORATION Defendant | : | |

**STIPULATION**

The parties hereby stipulate and agree that plaintiffs may have until and including July 25, 2005 to respond to defendant's Renewed Motion For Summary Judgment Of Noninfringement Or, In The Alternative, Invalidity Of The '452 Patent.

7-8-05
Date

Mark A. Pogue
Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6611
Attorney for Plaintiffs C.R. Bard, Inc. and Davol Inc.

7/8/05
Date

Joseph Avanzato
Joseph Avanzato (#4774)
ADLER, POLLOCK & SHEEHAN
One Citizens Plaza
Providence, RI 02903
Tel. (401) 274-7200
Telecopy (401) 351-4607
Attorney for Defendant Stryker, Inc.

Enter:
Mary M. Lisi
USDJ 7/18/05