UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.R. BARD, INC. and
DAVOL INC.,

Plaintiff,

v.

STRYKER CORPORATION

Defendant

C.A. No. 02-515-ML

**PLAINTIFF'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO REPLY TO DEFENDANT'S AMENDED COUNTERCLAIMS**

Plaintiffs C.R. Bard, Inc. and Davol Inc. hereby moves for an extension of time, to and including August 5, 2005, to reply to defendant Stryker Corporation's Amended Counterclaims.

Counsel for Plaintiffs is authorized to represent that defendant Stryker Corporation has no objection to this motion being granted.

C.R. BARD, INC. and DAVOL INC.,

By Their Attorneys,

Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6611

Granted.
Mary M. Lisi
USDJ 7/20/05

**Certificate of Service**

I hereby certify that on the 20th day of July, 2005 a copy of the foregoing Assented-To Motion For An Extension of Time To Reply To Defendant's Amended Counterclaims was served on:

Joseph Avanzato, Esq. (by Hand Delivery)
ADLER, POLLOCK & SHEEHAN
One Citizens Plaza
Providence, RI 02903

Gregory J. Vogler, Esq. (by Fedex)
Sharon A. Hwang, Esq.
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661

__________________________