UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.R. BARD, INC., and DAVOL INC.,

Plaintiffs,

v.

STRYKER CORPORATION,

Defendant.

C.A. No. 02- 515 ML

**PLAINTIFFS' PARTIALLY ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN CONNECTION WITH PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS CROSS-MOTION FOR SUMMARY JUDGMENT**

On July 27, 2005, Plaintiffs, C.R. Bard, Inc. and Davol Inc. (collectively, "Davol") will file their brief in opposition to Defendant Stryker Corporation's ("Stryker") motion for summary judgment of non-infringement or invalidity of Davol's '452 patent. At the same time, Davol will cross-move for summary judgment of infringement. Under Local Rule 12.1 and Amended General Order #2002-01, Davol may file separate briefs in support of its opposition to Stryker's motion and in support of its cross-motion, each of which may be up to 20 pages long with 20 pages of exhibits.

In order to reduce duplication while simultaneously giving Davol adequate space to respond to the highly fact-intensive invalidity arguments Stryker has made, Davol seeks leave to file a single brief in support of both Davol's opposition to Stryker's motion and in support of Davol's cross-motion, which brief will not exceed 40 pages in total with exhibits not exceeding 40 pages in total. In support of this motion, Davol relies on the accompanying Memorandum.

Granted. Mary M. Lisi USDJ 7/26/05

FILED JUL 26 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Davol represents that it has consulted with counsel for Stryker and that Stryker has assented to Davol's request for leave to exceed the page limits by filing a single combined brief not exceeding 30 pages with 30 pages of exhibits. Davol will endeavor to file the most concise combined brief and exhibits as possible, but Davol cannot currently state with certainty that the brief and exhibits will each be 30 pages or less. Accordingly, Davol requests leave to submit a brief of no more than 40 pages and exhibits similarly not exceeding 40 pages.

Dated: July 26, 2005

C.R. BARD, INC., and DAVOL INC.

By their Attorneys,

Mark A. Pogue (#3441)
Armando E. Batastini (#6016)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Claire Laporte (admitted *pro hac vice*)
Mitchell J. Matorin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 26th day of July, 2005, I caused a copy of the within Memorandum to be served as follows:

VIA HAND DELIVERY
Joseph Avanzato, Esq.
ADLER, POLLOCK & SHEEHAN
2300 Financial Plaza
Providence, RI 02903

VIA FEDEX
Gregory J. Vogler, Esq.
Sharon A. Hwang, Esq.
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661