UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.R. BARD, INC., and DAVOL INC.,

Plaintiffs,

v.

STRYKER CORPORATION,

Defendant.

C.A. No. 02- 515ML

FILED JUL 25 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION AND CROSS-MOTION**

Pursuant to Federal Rule of Civil Procedure Rule 6(b)(1), Plaintiffs C.R. Bard, Inc. and Davol Inc. ("Plaintiffs") hereby move the Court for an enlargement of time to file their Opposition to Defendant Stryker Corporation's ("Defendant") Motion for Summary Judgment by two (2) days to July 27, 2005. Plaintiffs also intend to file a Cross-motion for summary judgment on that day.

In support of this motion, Plaintiffs state that one of the lawyers with responsibility for this motion recently left Foley Hoag, LLP, plaintiffs' lead counsel, resulting in some loss of time as a new lawyer assumed his responsibilities; and that plaintiffs' in-house counsel has been unavailable to review draft briefs for the past week.

Defendant's counsel assents to this motion.

Granted.
Mary M. Lisi
USDJ 7/26/05

C.R. BARD, INC., and DAVOL INC.

By their Attorneys,

Armando E. Batastini (#6016)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Claire Laporte (admitted *pro hac vice*)
Mitchell J. Matorin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 25th day of July, 2005, I caused a copy of the within Motion to be served by first class mail, postage prepaid, to the following counsel of record:

Joseph Avanzato, Esq.
ADLER, POLLOCK & SHEEHAN
One Citizens Plaza, 8th Floor
Providence, RI 02903

Gregory J. Vogler, Esq.
Sharon A. Hwang, Esq.
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661

 PRV_MOTION TO EXTEND TIME - 3073920 v1 FHBOSTON/ABATASTINI