UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.R. BARD, INC., and DAVOL INC.,

Plaintiffs,

v.

STRYKER CORPORATION,

Defendant.

CIVIL ACTION No. 02-515ML

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6611

Claire Laporte (*admitted pro hac vice*)
Mitchell J. Matorin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000

*Attorneys for plaintiffs C.R. Bard, Inc. and Davol Inc.*

Dated: July 27, 2005

Pursuant to Local Rule 12.1(a)(1), Plaintiffs, C.R. Bard, Inc. and Davol Inc. (collectively, "Davol") present the following Statement of Material Facts Not In Dispute in support of their Cross-Motion for Summary Judgment of Infringement.

1. Stryker's InterPulse system includes "a detachable discardable suction and irrigation tip for use with an irrigation apparatus that comprises a pump to pump irrigation fluid and a handpiece" as required by Claim 9. (Noonan Declaration (Exh. E. to Stryker Br.) ¶ 2 ("Noonan Decl."). *See also* Annotated Photograph of Stryker's InterPulse system ("Annotated Photo") (Exh. 3). In the Annotated Photo, the suction and irrigation tip is shown at D while the handpiece and internal pump are indicated at G. *See also* Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6)

2. Stryker's InterPulse system has a "handpiece having an irrigation lumen extending therethrough," as required by Claim 9. (Noonan Decl. ¶ 3.) *See also* Annotated Photo (Exh. 3) at G (handpiece and internal irrigation lumen), A (irrigation lumen at proximal end).

3. Stryker's InterPulse system has a handpiece having "a trigger for controlling flow of irrigation fluid," as required by Claim 9. (Noonan Decl. ¶ 3.) *See also* Annotated Photo (Exh. 3) at B.

4. Stryker's InterPulse system has a handpiece having "a connector for connection to the discardable tip," as required by Claim 9. *See* Annotated Photo (Exh. 3) at C; Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6).

5. Stryker's InterPulse system has a "tip comprising: an irrigation tube for directing irrigation fluid from the handpiece to the irrigation site," as required by Claim 9. (Noonan Decl. ¶ 3). *See also* Annotated Photo (Exh. 3) at D.

6. Stryker's InterPulse system has a "tip comprising: . . . a connector for detachably connecting the irrigation tube to the handpiece to provide fluid communication between the irrigation lumen of the handpiece and the irrigation tube," as required by Claim 9. (Noonan Decl. ¶ 7, "Installation Methods" graphic, step 5 ("Insert the new tip."). *See also* Annotated Photo (Exh. 3) at E; Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6).

7. Stryker's InterPulse system has a "tip comprising: . . . a suction tube for aspirating irrigation fluid from the irrigation site," as required by Claim 9. (Noonan Decl. ¶ 4.)

8. Stryker's InterPulse system has a "tip comprising: . . . the suction tube having a fluid path that channels aspirated irrigation fluid externally of the handpiece and directly to a suction source," as required by Claim 9, as that element is properly construed. (Noonan Decl. ¶ 4.) *See also* Annotated Photo (Exh. 3) at F.

9. Stryker's InterPulse system has "the suction tube and irrigation tube being detachable together from the handpiece whereby the tip can be discarded, enabling the handpiece to be reused," as required by Claim 9. (Noonan Decl. ¶ 5.) *See also* Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6).

10. Stryker's InterPulse system has a pump and tip that "are configured to emit irrigation liquid from the tip with a force sufficient to remove debris from the irrigation site without substantially damaging healthy tissue, the force resulting from a pressure that does not

exceed about 15 p.s.i." (Stryker InterPulse brochure, S 5925; Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5)

11. In connection with its InterPulse system, Stryker's teaches "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site," as required by Claim 10. (Noonan Decl. ¶ 2).

12. In connection with its InterPulse system, Stryker teaches "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site comprising: Providing a handpiece having an irrigation lumen extending therethrough," as required by Claim 10. (Noonan Decl. ¶ 3.) *See also* Annotated Photo (Exh. 3) at G (handpiece and internal irrigation lumen), A (irrigation lumen).

13. In connection with its InterPulse system, Stryker teaches "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site comprising: Providing a handpiece having . . . a trigger for controlling flow of irrigation fluid," as required by Claim 10. (Noonan Decl. ¶ 3.) *See also* Annotated Photo (Exh. 3) at B.

14. In connection with its InterPulse system, Stryker teaches "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site comprising: Providing a handpiece having . . . a connector portion for connection to a connection portion of a discardable tip," as required by Claim 10. Stryker InterPulse brochure, S 5920 (Exh. 4); *see also* Noonan Declaration, ¶ 7, "Installation Methods" graphic, step 5 ("Insert the new tip."); Annotated Photo (Exh. 3) at C and E (connector portion of handpiece and connection portion of discardable tip); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6).

15. In connection with its InterPulse system, Stryker discloses "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site comprising: . . . Connecting a detachable tip to the handpiece at the connector," as required by Claim 10. *See* Noonan Declaration, ¶ 7, "Installation Methods" graphic, step 5 ("Insert the new tip."); *see also* Annotated Photo (Exh. 3) at C; Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6).

16. In connection with its InterPulse system, Stryker discloses "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site comprising: . . . the tip comprising an irrigation tube for directing irrigation fluid from the handle to the irrigation site and a suction tube for aspirating irrigation fluid from the irrigation site," as required by Claim 10. (Noonan Decl. ¶ 3-4.) *See also* Annotated Photo (Exh. 3) at D, F.

17. In connection with its InterPulse system, Stryker discloses "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site comprising: . . . Directing irrigation liquid through the irrigation lumen in the handpiece and the irrigation tube of the tip against the irrigation site," as required by Claim 10. (Noonan Decl. ¶ 2; Instructions for Use, S 10339 (Exh. 5)).

18. In connection with its InterPulse system, Stryker discloses "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site comprising: . . . Aspirating spent irrigation fluid from the irrigation site through the suction tube of the tip," as required by Claim 10. (Noonan Decl. ¶ 4; Instructions for Use, S 10339 (Exh. 5).)

19. In connection with its InterPulse system, Stryker discloses "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site comprising: . . . directing the aspirated irrigation fluid along a path that is disposed exteriorly of the handpiece,"

as required by Claim 10, properly construed. (Noonan Decl. ¶ 7-8.) *See also* Annotated Photo (Exh. 3) at F.

20. In connection with its InterPulse system, Stryker discloses "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site comprising: . . . Thereafter detaching the tip, including the irrigation tube and suction tube together from the handpiece and discarding them," as required by Claim 10. (Noonan Decl. ¶¶ 5-6; Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6)).

21. In connection with its InterPulse system, Stryker discloses "a method of irrigating an irrigation site and aspirating the irrigation liquid from the aspiration site comprising: . . . Attaching an unused discardable suction and irrigation tip to the handpiece in readiness for another procedure," as required by Claim 10. (Noonan Decl. ¶¶ 7-8, Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6)).

22. Stryker's InterPulse system has a "tip as defined in claim 9 wherein at least a portion of the fluid path comprises suction tubing detachably connectible to the tip," as required by Claim 20. (New Product Release dated April 28, 1999, S 1040.) *See also* Annotated Photo (Exh. 3) at D (pointing to tip generally) and F (suction tubing); Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6).

23. Stryker's InterPulse system has a "tip as defined in claim 20 wherein the suction tube, irrigation tube, and suction tubing are detachable with respect to the handpiece and are discardable together," as required by Claim 21. (Noonan Decl. ¶¶ 5-6). *See also* Stryker

InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6)

24. Stryker's InterPulse system has "A device as defined in claim 9 wherein the irrigation lumen extending through the handpiece has an inlet disposed exteriorly of the handpiece and is connectible to a source of irrigation liquid external of the handpiece," as required by Claim 23. (S 10339.)

25. In connection with its InterPulse system, Stryker discloses "A method as defined in claim 10 further comprising the irrigation lumen extending through the handpiece having an inlet that is disposed exteriorly of the handpiece, the inlet being connectible to a source of irrigation liquid," as required by Claim 24. (S 10339.)

26. Stryker's InterPulse system has "The apparatus as defined in claim 9 further comprising a flexible splash shield mounted on the tip," as required by Claim 26." Stryker *See* InterPulse brochure, S 5920. (Exh. 4.) *See also* Annotated Photo (Exh. 3) at D (splash shield appears at distal end).

27. Stryker's InterPulse system has "The apparatus as defined in claim 26 wherein the pump is disposed within the handpiece," as required by Claim 28. *See* Annotated Photo (Exh. 3) at G (indicating handpiece and internal pump).

28. Stryker's InterPulse System has "A detachable discardable suction and irrigation tip for use with an apparatus for irrigating an irrigation site," as required by Claim 30. (Noonan Decl. ¶ 2.) *See also* Annotated Photo (Exh. 3) at D (detachable discardable suction and irrigation tip generally); Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6).

29. Stryker's InterPulse System has "the apparatus comprising an irrigation handpiece having an irrigation lumen extending therethrough," as required by Claim 30. (Noonan Decl. ¶ 3.) *See also* Annotated Photo (Exh. 3) at G (indicating handpiece and internal irrigation lumen).

30. Stryker's InterPulse system has "an apparatus comprising an irrigation handpiece having . . . a trigger for controlling flow of irrigation fluid," as required by Claim 30. (Noonan Decl. ¶ 3.) *See also* Annotated Photo (Exh. 3) at B.

31. Stryker's InterPulse system has "an apparatus comprising an irrigation handpiece having . . . a connector for connection to the discardable tip," as required by Claim 30. *See* Annotated Photo (Exh. 3) at C; Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6).

32. Stryker's InterPulse system has "an apparatus comprising an irrigation handpiece having . . . means for causing irrigation liquid to be emitted from the tip with a force sufficient to remove debris from the irrigation site without substantially damaging healthy tissue," as required by Claim 30. (Noonan Decl. ¶ 2; S 5925, Stryker InterPulse brochure; Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5)).

33. Stryker's InterPulse system has "an apparatus comprising an irrigation handpiece having . . . means for causing irrigation liquid to be emitted from the tip with a force sufficient to remove debris from the irrigation site without substantially damaging healthy tissue, the force resulting from a pressure that does not exceed about 15 p.s.i.," as required by Claim 30. (Noonan Decl. ¶ 2; S 5925, Stryker InterPulse brochure; Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5)).

34. Stryker's InterPulse system has "an apparatus comprising an irrigation handpiece having . . . [a] tip comprising: an irrigation tube for directing irrigation fluid from the handpiece

to the irrigation site," as required by Claim 30. (Noonn Decl. ¶ 3.) *See also* Annotated Photo (Exh. 3) at D.

35. Stryker's InterPulse system has "an apparatus comprising an irrigation handpiece having . . . [a] tip comprising: . . . a connector for detachably connecting the irrigation lumen to the handpiece to provide fluid communication between the irrigation lumen of the handpiece and the irrigation tube," as required by Claim 30. (Noonan Decl. ¶ 7, "Installation Methods" graphic, step 5). *See also* Annotated Photo (Exh. 3) at E; Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6).

36. Stryker's InterPulse system has "an apparatus comprising an irrigation handpiece having . . . [a] tip comprising: . . . a suction tube for aspirating irrigation fluid from the irrigation site," as required by Claim 30. (Noonan Decl. ¶ 4.)

37. Stryker's InterPulse system has "an apparatus comprising an irrigation handpiece having . . . [a] tip comprising: . . . the suction tube having a fluid path that channels aspirated irrigation fluid externally of the handpiece and directly to a suction source," as required by Claim 30, properly construed. (Noonan Decl. ¶ 4). *See also* Annotated Photo (Exh. 3) at F.

38. Stryker's InterPulse system has "the suction tube and irrigation tube being detachable together from the handpiece whereby the tip can be discarded, enabling the handpiece to be reused," as required by Claim 30. (Noonan Decl. ¶ 5.) *See also* Stryker InterPulse brochure, S 5920 (Exh. 4); Instructions for Use, S 10339 (Exh. 5); Wound Care Tubing Replacement Sets, S 1180 (Exh. 6).

Dated: July 27, 2005

Respectfully submitted,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6611

Claire Laporte (*admitted pro hac vice*)
Mitchell J. Matorin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000

*Attorneys for plaintiffs C.R. Bard, Inc. and Davol Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 27th day of July, 2005, I caused a copy of the within to be served as follows:

VIA HAND DELIVERY
Joseph Avanzato, Esq.
ADLER, POLLOCK & SHEEHAN
2300 Financial Plaza
Providence, RI 02903

VIA FEDEX
Gregory J. Vogler, Esq.
Sharon A. Hwang, Esq.
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661

______________________

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 27th day of July, 2005, I caused a copy of the within to be served as follows:

VIA HAND DELIVERY
Joseph Avanzato, Esq.
ADLER, POLLOCK & SHEEHAN
2300 Financial Plaza
Providence, RI 02903

VIA FEDEX
Gregory J. Vogler, Esq.
Sharon A. Hwang, Esq.
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661