IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.R. BARD, Inc., and DAVOL, INC.

Plaintiffs,

v.

STRYKER CORPORATION,

Defendant.

C.A. No. 02-515ML

**ASSENTED-TO MOTION FOR ENLARGEMENT OF PAGE LIMITATION**

Defendant Stryker Corporation ("Stryker") hereby moves for an enlargement of the page limitation for its reply brief in support of its Renewed Motion for Summary Judgment of Non-Infringement or, in the Alternative, Invalidity of the '452 Patent (dated June 23, 2005). Specifically, Stryker seeks an enlargement of the five-page limit to six pages. Counsel for Plaintiffs has advised Stryker's counsel that Plaintiffs assent to this motion and to the requested page enlargement.

Respectfully submitted,

STRYKER CORPORATION
By Its Attorneys:

Joseph Avanzato

Joseph Avanzato (#4774)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Dated: 8/4, 2005

Granted.
Mary M. Lisi
USDJ
8/4/05

Gregory J. Vogler (admitted *pro hac vice*)
Sharon A. Hwang (admitted *pro hac vice*)
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000

Of Counsel:

Curtis E. Hall
Aaron R. Pettit
STRYKER CORPORATION
2725 Fairfield Road
Kalamazoo, Michigan 49002
(616) 385-2600

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2005, true and correct copies of the foregoing were served as follows:

| | |
|---|---|
| Via Hand Delivery | Mark A. Pogue, Esq.<br>EDWARD & ANGELL, LLP<br>2800 Financial Plaza<br>Providence, RI 02903 |
| Via First Class Mail | Claire Laporte, Esq.<br>Mitchell J. Matorin, Esq.<br>FOLEY HOAG, LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600 |

Valerie Lovett

*341004_1.doc*