IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| C.R. BARD, Inc., and DAVOL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>STRYKER CORPORATION,<br><br>Defendant. | C.A. No. 02-515ML |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendant Stryker Corporation ("Stryker") hereby moves for an extension of time, through August 26, 2005, to file its opposition to Plaintiffs' Cross-Motion for Summary Judgment. Counsel for Plaintiffs has advised Stryker's counsel that Plaintiffs assent to this motion and to the requested extension of time.

Respectfully submitted,

STRYKER CORPORATION
By Its Attorneys:

Joseph Avanzato (#4774)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Dated: 8/5, 2005

Gregory J. Vogler (admitted *pro hac vice*)
Sharon A. Hwang (admitted *pro hac vice*)
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000

Of Counsel:

Curtis E. Hall
Aaron R. Pettit
STRYKER CORPORATION
2725 Fairfield Road
Kalamazoo, Michigan 49002
(616) 385-2600

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2005, true and correct copies of the foregoing were served as follows:

Via Hand Delivery

Mark A. Pogue, Esq.
EDWARD & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

Via First Class Mail

Claire Laporte, Esq.
Mitchell J. Matorin, Esq.
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Valarie Lonte

*341223_1.doc*