UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.R. BARD, INC., and DAVOL INC.,

Plaintiffs,

v.

STRYKER CORPORATION,

Defendant.

C.A. No. 02- 515ML

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs C. R. Bard, Inc. and Davol, Inc. hereby move for a five-day extension of time, from August 5, 2005 to and including August 10, 2005, to file their Reply to defendant's Amended Counterclaims. Plaintiffs seek this extension in order to give their in-house counsel an opportunity to review the Reply before it is filed.

Plaintiffs represent that Defendant has no objection to this motion being granted.

Respectfully submitted,

C.R. BARD, INC. and DAVOL, INC.
By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Granted.
Mary M. Lisi
USDJ 8/9/05

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2005, a copy of this motion was served on the following counsel as follows:

By Hand Delivery
Joseph Avanzato
Adler, Pollock & Sheehan P.C.
One Citizena Plaza, 8th Floor
Providence, RI 02903

By First Class Mail
Gregory J. Vogler
Sharon A. Hwang
McAndrews, Held & Molloy, Ltd.
500 W. Madison Street
Chicago, IL 60661

______________________________