IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| C.R. BARD, Inc., and DAVOL, INC. | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 02-515ML |
| v. | : | |
| STRYKER CORPORATION, | : | |
| Defendant. | : | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendant Stryker Corporation ("Stryker") hereby moves for an extension of time, through August 26, 2005, to file its opposition to Plaintiffs' Cross-Motion for Summary Judgment. Counsel for Plaintiffs has advised Stryker's counsel that Plaintiffs assent to this motion and to the requested extension of time.

Respectfully submitted,

STRYKER CORPORATION
By Its Attorneys:

Joseph Avanzato

Joseph Avanzato (#4774)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Dated: 8/5, 2005

Granted.
Mary M. Lisi
USDJ 8/9/05

Gregory J. Vogler (admitted *pro hac vice*)
Sharon A. Hwang (admitted *pro hac vice*)
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000

Of Counsel:

Curtis E. Hall
Aaron R. Pettit
STRYKER CORPORATION
2725 Fairfield Road
Kalamazoo, Michigan 49002
(616) 385-2600

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2005, true and correct copies of the foregoing were served as follows:

| | |
|---|---|
| Via Hand Delivery | Mark A. Pogue, Esq.<br>EDWARD & ANGELL, LLP<br>2800 Financial Plaza<br>Providence, RI 02903 |
| Via First Class Mail | Claire Laporte, Esq.<br>Mitchell J. Matorin, Esq.<br>FOLEY HOAG, LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600 |

Valarie Lonette
____________________________

*341223_1.doc*