UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.R. BARD, INC., and DAVOL INC.,

Plaintiffs,

v.

STRYKER CORPORATION,

Defendant.

C.A. No. 02- 515ML

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure Rule 6(b)(1), Plaintiffs C.R. Bard, Inc. and Davol Inc. ("Davol") hereby move the Court for a two-week extension of time to file their Reply in Support of their Cross-Motion for Summary Judgment of Infringement, to and including October 6, 2005.

Davol's reply brief in support of its cross-motion for summary judgment is currently due on September 22, 2005. On August 17, 2005, anticipating that Stryker might defend against Davol's cross-motion for summary judgment by raising issues of fact, Davol served a Second set of Requests for Admission on Defendant. Davol anticipated that the responses to the Requests for Admission would be useful in preparing its reply brief. The responses to those requests were due on September 16, 2005. On that day, counsel for Defendant Stryker Corporation ("Stryker") requested a two-week extension of the deadline. Davol assented to this request, contingent on Stryker's agreement to an equal extension of time for Davol to file its reply brief so that Davol could include relevant information from Stryker's admissions in its reply. Stryker in turn assented to the two-

Granted. Mary M. Lisi USDJ 9/21/05

week extension requested in this motion. Accordingly, Davol requests that the Court grant a two-week extension of time for Davol to file its reply brief, until October 6, 2005.

C.R. BARD, INC., and DAVOL INC.

By their Attorneys,

Mark A. Pogue (#3441)
Armando E. Batastini (#6016)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Claire Laporte (admitted *pro hac vice*)
Mitchell J. Matorin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 20th day of September, 2005, I caused a copy of the within Motion to be served by first class mail, postage prepaid, to the following counsel of record:

Joseph Avanzato, Esq.
ADLER, POLLOCK & SHEEHAN
2300 Financial Plaza
Providence, RI 02903

Gregory J. Vogler, Esq.
Sharon A. Hwang, Esq.
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661