UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.R. BARD, INC. and DAVOL INC.,

Plaintiffs,

v.

STRYKER CORPORATION,

Defendant.

CIVIL ACTION No. 02-515-ML

**JOINT MOTION FOR APPROVAL AND ENTRY OF ORDER STAYING DISCOVERY**

Plaintiffs C.R. Bard, Inc. and Davol Inc. and Defendant Stryker Corporation respectfully request that the Court approve and enter the Order Staying Discovery attached hereto as Exhibit A. In support of their motion, the parties state as follows:

1. The parties have agreed to all terms therein.

2. Currently pending before the Court are the parties' motions for summary judgment. These motions will be fully briefed by October 5, 2005, upon the filing of Plaintiffs' Reply in Support of their Cross-Motion for Summary Judgment of Infringement.

3. Stryker's motions for summary judgment seek judgment as a matter of law for: 1) noninfringement of all asserted patent claims; and 2) invalidity of all asserted patent claims. The grant of either of Stryker's motions will be dispositive of and will end this lawsuit.

4. Bard's motion for summary judgment seeks judgment as a matter of law of infringement.

5. The Court's rulings may be dispositive of infringement or noninfringement in this case. Both sides assert the absence of material factual disputes with respect to their motions on

this issue. Both sides also assert that, with respect to their motions, the only remaining issue is claim construction, which is a matter of law for the Court to determine.

6. Entirely separate from the pending motions for summary judgment, substantial discovery remains to be completed by the close of discovery on November 16, 2005. The parties have scheduled or intend to schedule more than a dozen depositions to be completed by that deadline. Many of these depositions relate to the issue of infringement or noninfringement and patent validity and invalidity, which are the subject of the pending motions.

7. In order to avoid the potentially unnecessary but substantial expense of these depositions, the parties jointly seek an Order staying all discovery until after the Court rules on the pending motions for summary judgment. The rulings on these motions may dispose of the case entirely and may eliminate the need for certain discovery. Even if the Court's rulings do not bring an end to the litigation, the Court's claim construction in this patent litigation will narrow the parties' remaining disputes.

8. Entry of the requested Order Staying Discovery will not slow down or otherwise affect the schedule of the pending motions for summary judgment. Defendant Stryker Corp. has agreed that, notwithstanding a stay of discovery, it will respond to outstanding Requests for Admission by September 30, 2005, and Plaintiffs agree to file their Reply in Support of Their Cross-Motion for Summary Judgment by October 5, 2005, as already required by this Court's Order dated September 21, 2005.

Accordingly, the parties respectfully request that the Court approve and enter the attached Order Staying Discovery.

Dated: September 27, 2005

Respectfully submitted,

C.R. BARD, INC. and DAVOL Inc.
By their attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200

Claire Laporte (admitted *pro hac vice*)
Mitchell J. Matorin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000
Attorneys for Plaintiffs

STRYKER CORPORATION
By its attorneys,

Joseph Avanzato (#4774)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
Tel. (401) 274-7200

Gregory J. Vogler (admitted *pro hac vice*)
Sharon A. Hwang (admitted *pro hac vice*)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street
Chicago, IL 60661
Tel. (312) 775-8000
Attorneys for Defendant