UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.R. BARD, INC. and DAVOL INC.,

Plaintiffs,

v.

STRYKER CORPORATION,

Defendant.

CIVIL ACTION No. 02-515-ML

**~~[PROPOSED]~~ ORDER STAYING DISCOVERY**

Upon consideration of the parties' Joint Motion for Approval and Entry of Order Staying Discovery, IT IS HEREBY

ORDERED, that all discovery in this action, except as noted below, is and shall be stayed until such time as the Court issues its rulings on the parties' currently pending motions for summary judgment, and it is further

ORDERED, that notwithstanding this stay of discovery, Defendant Stryker Corp. ("Stryker") shall respond to Plaintiffs' currently outstanding Requests for Admission on or before September 30, 2005.

Dated: 9/30/05

Mary M. Lisi
Mary M. Lisi
United States District Judge

With Copies To:

Mark A. Pogue
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

Joseph Avanzato
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903