UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| C.R. BARD, INC., and DAVOL INC., Plaintiffs, v. STRYKER CORPORATION, Defendant. | C.A. No. 02- 515ML |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED 5-PAGE LIMIT FOR REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

On or before October 6, 2005, Plaintiffs, C.R. Bard, Inc. and Davol Inc. (collectively, "Davol") will file their reply brief in support of their cross-motion for summary judgment that Defendant Stryker Corporation ("Stryker") infringes Davol's '452 patent. Davol seeks leave to exceed the current five-page limit and file a reply brief up to 15 pages in length. In support of this motion, Davol relies on the accompanying Memorandum.

Davol represents that it has consulted with counsel for Stryker but that Stryker has not assented to Davol's request for leave to exceed the page limits.

Dated: September 30, 2005

C.R. BARD, INC., and DAVOL INC.

By their Attorneys,

Mark A. Pogue (#3441)
Armando E. Batastini (#6016)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Claire Laporte (admitted *pro hac vice*)
Mitchell J. Matorin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 30th day of September, 2005, I caused a copy of the within Memorandum to be served as follows:

VIA HAND DELIVERY
Joseph Avanzato, Esq.
ADLER, POLLOCK & SHEEHAN
2300 Financial Plaza
Providence, RI 02903

VIA FEDEX
Gregory J. Vogler, Esq.
Sharon A. Hwang, Esq.
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661