UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| C.R. BARD, INC. and DAVOL INC.,<br>Plaintiffs,<br>v.<br>STRYKER CORPORATION,<br>Defendant. | CIVIL ACTION No. 02-515-ML |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is hereby given of the withdrawal of the appearance of Peter B. Ellis as counsel for plaintiffs C.R. Bard , Inc. and Davol, Inc. in the above-captioned action. Mr. Ellis has retired from the firm of Foley Hoag LLP.

Dated: December 2, 2005

C.R. BARD, INC. and DAVOL Inc.

By their attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200

Claire Laporte (admitted *pro hac vice*)
Mitchell J. Matorin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Tel. (617) 832-1000

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 2nd day of December, 2005, I caused a copy of the Notice of Withdrawal of Appearance of Peter B. Ellis to be served as follows:

Joseph Avanzato, Esq.
ADLER, POLLOCK & SHEEHAN
2300 Financial Plaza
Providence, RI 02903

Gregory J. Vogler, Esq.
Sharon A. Hwang, Esq.
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661



PRV_771746_1/MPOGUE