UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| C.R. BARD, INC., and DAVOL INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 02-515 ML |
| STRYKER CORPORATION, | : | |
| Defendant. | : | |

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of Massachusetts, Pennsylvania, and the District of Columbia, and the following federal district court bar(s): District of Massachusetts, District of the District of Columbia, and District of Colorado, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to

do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have agreed and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Mitchell J. Matorin (BBO #649304)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 (fax)

Mark A. Pogue (#3441)
(Local Associate Counsel)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Dated: November , 2005

**ORDER**

This motion is hereby Granted.

U.S. District Judge

Date: 12/6/05

**Certificate of Service**

I hereby certify that on the 2nd day of ~~February~~ December, 2005, a copy of the foregoing Attorney's Certification For Pro Hac Vice Admission was served by first class mail, postage prepaid to:

Joseph Avanzato, Esq.
ADLER, POLLOCK & SHEEHAN
2300 Financial Plaza
Providence, RI 02903

Gregory J. Vogler, Esq.
Sharon A. Hwang, Esq.
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661