# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**C.R. BARD, INC. And**
**DAVOL, INC.L**

**VS.** **CA 02-515ML**

**STRYKER CORPORATION**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the Defendant, Stryker Corporation,against the Plaintiff's, C.R. Bard, Inc. And Davol, Inc. pursuant to the Memorandum and Order dated April 4, 2006 GRANTING the Defendant's Motion for Summary Judgment of non-infringement and DENYING it's Motion for SummaryJudgment on invalidity of the 452 patent as moot and DENYING the Plaintiff's Motion for Summary Judgment of infringement.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: April 4, 2006